UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUZETTE G SCOTT WARREN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 2:19-cv-736-FtM-66NPM

CITY OF FORT MYERS, FLORIDA,

    Defendant.

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered Defendant's Amended Motion to Extend the Case Management Deadlines (Doc. 33), the Court enters this Amended Case Management and Scheduling Order, **which supersedes any contrary provisions in the Local Rules:**

| DEADLINE | DATE |
| --- | --- |
| **Disclosure of Expert Reports** | Defendant (includes rebuttal): 3/22/2021 |
| **Discovery** | 5/10/2021 |
| **Dispositive and *Daubert* Motions** | 5/28/2021 |
| **Meeting in Person to Prepare Joint Final Pretrial Statement** | 9/27/2021 |
| **Motions in Limine** | 10/4/2021 |

| DEADLINE | DATE |
|---|---|
| **Joint Final Pretrial Statement** | 10/8/2021 |
| **Final Pretrial Conference** | 10/29/2021 |
| **Monthly Trial Term** | November 2021 |
| **Estimated Length of Trial** | 3 days |
| **Jury or Non-Jury** | Jury |
| **Mediation** | Deadline:  5/17/2021 |

All other provisions of the prior scheduling order(s) entered in this case remain in effect unless expressly modified herein or by further court order.

**DONE AND ORDERED** in Fort Myers, Florida on this 25th day of January 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE