UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUZETTE G. SCOTT WARREN,

    Plaintiff,

v.                                             Case No. 2:19-cv-736-JLB-NPM

CITY OF FORT MYERS, FLORIDA,

    Defendant.
_____

**ORDER**

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 68.)  The stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.[1]

**ORDERED** in Fort Myers, Florida, on November 16, 2021.

                                                         JOHN L. BADALAMENTI
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Because the stipulation is not explicitly conditioned on a subsequent occurrence, it is self-executing; the Court cannot retain jurisdiction.